## Case No. 6,103.

### The HARRIET ROGERS.

[Cited in The Sam Gaty, Case No. 12.276. Nowhere reported; opinion not now accessible.]